# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **ELICLESIO SOARES PEREIRA,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **RAYMOND ADAMS, IN HIS** | § | |
| **OFFICIAL CAPACITY AS A FIELD** | § | |
| **OFICE DIRECTOR, EL PASO FIELD** | § | No.  3:26-CV-00114-LS |
| **OFFICE, U.S. IMMIGRATION &** | § | |
| **CUSTOMS ENFORCEMENT; KRISTI** | § | |
| **NOEM, IN HER OFFICIAL** | § | |
| **CAPACITY AS SECRETARY OF THE** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; and TODD LYONS, IN** | § | |
| **HIS OFFICIAL CAPACITY AS** | § | |
| **ACTING DIRECTOR AND SENIOR** | § | |
| **OICIAL PERFORMING THE DUTIES** | § | |
| **OF THE DIRECTOR OF U.S.** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER TO PAY FILING FEE OR MOVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner Eliclesio Soares Pereira filed a petition for a writ of habeas corpus on January 22, 2026.[1] To date, Petitioner has not paid the filing fee or filed a motion to proceed *in forma pauperis* ("IFP"). The Court therefore orders Petitioner to either pay the filing fee or file an IFP motion by **February 27, 2026**. Failure to do so may result in the dismissal of this case for want of prosecution.

**SO ORDERED**.

---

[1] ECF No. 1.

**SIGNED** and **ENTERED** on January 28, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**